PROB. 12B
(7/93)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 15 2008

at 2 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ROGER N. ROSE          Case Number: CR 02-00072DAE-04

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence: 7/14/2003

Original Offense:   Count 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH
INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF
METHAMPHETAMINE, in violation of 21 U.S.C. § 846, a Class B
felony

Original Sentence:   Defendant was sentenced to 33 months imprisonment followed by
4 years supervised release with the following special conditions:
1) That the defendant participate in a mental health program at the
discretion and direction of the Probation Office; 2) That the
defendant participate in a substance abuse program, which may
include drug testing at the discretion and direction of the Probation
Office; and 3) That the defendant is prohibited from possessing any
illegal or dangerous weapons.

Type of Supervision: Supervised Release    Date Supervision Commenced: 2/18/2005

### PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

**General Condition:**   That the defendant shall refrain from any unlawful use
of a controlled substance. The defendant shall
submit to one drug test within 15 days of the
commencement of supervision and at least two drugs
tests thereafter but no more than eight valid drug
tests per month during the term of supervised release
(mandatory condition).

Prob 12B
(7/93)

2

**Special Condition No. 4:** That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

**Special Condition No. 5:** That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

## CAUSE

The offender is a 27-year-old male who pled guilty to a drug conspiracy that involved the distribution of 5 grams or more of methamphetamine. The offender's supervised release began on 2/18/2005. On 4/18/2005, he completed substance abuse treatment and the drug testing component of his treatment regimen without difficulty. Given the offender's criminal history category of III and the offense of conviction for illicit drugs, random drug testing is prudent. In light of U.S. vs. Stephens, we are recommending the collection of no more than eight valid drug tests per month. The modification is necessary so that the Probation Office could conduct random drug testing.

In addition, the offender's request to transfer supervision to the District of Las Vegas, Nevada, has been conditionally approved. The U.S. Probation Office of the District of Nevada advised that the offender will need to agree to the modifications of the conditions of supervised release to include a drug testing condition under U.S. vs. Stephens and a search condition. The offender agreed to the requested modifications and signed the attached waiver to modify the conditions of supervised release.

The offender's adjustment on supervision has been good. He has complied with the conditions of supervised release and has been very cooperative with the Probation Office. He has been gainfully employed since 2/18/2005. He recently earned his journeyman status with the Iron Worker's Union earning more than $24 an hour. He is married with a child and the family appears to be stable. The offender and his wife had set goals in their marriage that included saving to purchase a home. For a period of almost 3 years, the couple has saved over $40,000 for a down payment for a house. A year ago, the couple met with the Probation Office to discuss a plan to relocate to Las Vegas, Nevada, where they could afford to purchase a home. It was also a plan for better employment and opportunities for the offender and his wife. It should also be

Prob 12B
(7/93)

3

noted that the offender completed almost 3 of the 4 years of supervised release without difficulty. His term of supervised release is scheduled to expire on 2/17/2009. It appears that the offender has benefitted from the services of the U.S. Probation Office.

    At this time, the offender's supervision adjustment is evaluated as satisfactory. The proposed modifications are necessary to continue to monitor risk factors and to provide the necessary correctional treatment in the event of a drug relapse and when drug treatment is appropriate. The offender agreed to the modifications included in this report.

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modifications of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections to the modifications.

Respectfully submitted by,

FITUINA F. TUA
Senior U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 1/10/2008

---

THE COURT ORDERS:

[ ✓ ]   The Modification of Conditions as Noted Above
[   ]   Other

DAVID ALAN EZRA
U.S. District Judge

JAN 1 4 2008
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[x]  To modify the conditions of supervision as follows:

**General Condition:**
That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drugs tests thereafter but no more than eight valid drug tests per month during the term of supervised release (mandatory condition).

**Special Condition No. 4:**
That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

**Special Condition No. 5**
That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition     .

Witness: _____     Signed: _____
FITUINA F. TUA                                              ROGER N. ROSE
Senior U.S. Probation Officer                         Supervised Releasee

01-04-08
Date